UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MUSIE W. HAILE**,

        Plaintiff,

   v.

**HICKORY SPRINGS MANUFACTURING COMPANY, a North Carolina company; INTERNATIONAL FOAM SUPPLY, INC., a California corporation; SEA MASTER LOGISTICS, INC., a California corporation; INTERNATIONAL CONTAINER TERMINAL SERVICES, INC., a foreign corporation in the Philippines; SHENZHEN ZHONGFU TRADING COMPANY, a foreign corporation in China; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; and JOHN DOE 5**,

        Defendants.

Case No. 3:13-cv-00053-KI

JUDGMENT

Page 1 - JUDGMENT

**HICKORY SPRINGS MANUFACTURING COMPANY**, a North Carolina company,

       Third-Party Plaintiff,

    v.

**PORTLAND CONTAINER REPAIR CORPORATION**, an Oregon corporation,

       Third-Party Defendant.

KING, Judge:

    Based on the record, this case is dismissed. International Container Terminal Services, Inc. is dismissed without prejudice pursuant to plaintiff's Notice of Dismissal [11]. International Foam Supply, Inc. is dismissed with prejudice, and without costs or attorney fees [50]. Shenzhen Zhongfu Trading Company and John Does 1-5 are dismissed without prejudice.

    Hickory Springs Manufacturing Company's third-party complaint against Portland Container Repair Corporation is dismissed with prejudice [57].

    Hickory Springs Manufacturing Company is dismissed with prejudice.[1]

    IT IS SO ORDERED.

    DATED this ___14th___ day of November, 2014.

                          /s/ Garr M. King
                          Garr M. King
                          United States District Judge

---

[1] Sea Master Logistics, Inc. was dismissed with prejudice and without costs pursuant to the previously entered judgment under Federal Rule of Civil Procedure 54(b) [56].